# In The United States Court of Federal Claims

## Cover Sheet

05 - 913C

Plaintiff(s) or Petitioner(s)

_______________________________________________

_______________________________________________

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] William M. Palmer

Firm Name: Law Office of William M. Palmer

Post Office Box: ______________

Street Address: 50 Congress Street, Suite 500

City-State-Zip: Boston, MA 02109

Telephone & Facsimile Numbers: Tel. - (617) 523-5194 Fax - (617) 523-7324

E-mail address: palmeresq@50congress.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 0 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

_______________________________________________

_______________________________________________

Government Agency Involved:   P S

**See attached Sheet for three digit code.**

Amount Claimed: $ to be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** ______________

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005