# COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **EDWARD SIMS,** | ) | |
| Plaintiff, | ) | |
| **v.** | ) | **CASE NO. 1:05-CV-00913-VJW** |
| **UNITED STATES POSTAL SERVICE** | ) | |
| Defendant | ) | |

## NOTICE OF CHANGE OF PLAINTIFF'S COUNSEL'S ADDRESS

William M. Palmer, Esq., counsel for Mr. Sims, hereby provides notice that his address and contact information are now as follows:

William M. Palmer, Esq.

124 Mt. Auburn Street; Ste 200 N

Cambridge, Massachusetts 02138

Tel.: (617) 576-5772

Fax.: (617) 547-1431

Respectfully submitted,

By:

/s/ William M. Palmer

William M. Palmer, Esq.
124 Mt. Auburn Street; Ste 200 N
Cambridge, Massachusetts 02138
Tel.: (617) 576-5772
Fax.: (617) 547-1431

Attorney for Edward Sims

Dated: October 25, 2005