**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EDWARD SIMS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CASE NO. 1:05-CV-00913-VJW** |
| **UNITED STATES POSTAL SERVICE** | ) | |
| | ) | |
| Defendant | ) | |

**MOTION FOR AN ORDER TO SHOW CAUSE
WHY JUDGMENT SHOULD NOT BE GRANTED TO THE PLAINTIFF**

The complaint in this matter was filed on August 22, 2005, and this Court ordered that the United States answer or otherwise respond by October 21, 2005—a date now past. As the United States has not filed and served a responsive pleading, it is in contempt of this Court's order. Plaintiff thereby respectfully this request that this Court order that the United States show cause why judgment should not be granted to the Plaintiff.

Respectfully submitted,

By:

/s/ William M. Palmer

William M. Palmer, Esq.
124 Mt. Auburn Street; Ste 200 N
Cambridge, Massachusetts 02138
Tel.: (617) 576-5772
Fax.: (617) 547-1431

Dated: October 25, 2005

Attorney for Edward Sims