**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EDWARD SIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-913C** |
| **v.** | ) | **(Judge Wolski)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

Pursuant to Rule 83.1(c)(3) of the Rules of the United States Court of Federal Claims, please enter the appearance of DOUGLAS J. COLTON as attorney of record for the defendant, the United States. Service of all papers by opposing parties should be addressed as follows:

Douglas J. Colton
Commercial and Appellate Litigation
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6413
Washington, D.C. 20260-1127
(202) 268-6408

Respectfully Submitted,

Date: October 27, 2005

s/Douglas J. Colton

Douglas J. Colton
Attorney
Telephone: (202) 268-6408
Facsimile: (202) 268-5287
E-mail Douglas.J.Colton@USPS.GOV