**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EDWARD SIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-913C** |
| **v.** | ) | **(Judge Wolski)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

Pursuant to Rule 83.1(c)(3) of the Rules of the United States Court of Federal Claims, please enter the appearance of Michael F. Kiely as attorney of record for the defendant, the United States. Service of all papers by opposing parties should be addressed as follows:

Michael F. Kiely
Commercial and Appellate Litigation
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6523
Washington, D.C. 20260-1127
(202) 268-4037

Respectfully Submitted,

Date: November 1, 2005

s/Michael F. Kiely

Michael F. Kiely
Attorney
Telephone: (202) 268-4037
Facsimile: (202) 268-5287
E-mail Michael.F.Kiely@USPS.GOV