**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EDWARD SIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-913C** |
| **v.** | ) | **(Judge Wolski)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED**
**OUT-OF-TIME MOTION FOR AN**
**ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to United States Court of Federal Claims Rules 6 and 6.1, defendant respectfully requests an out-of-time enlargement of time of 28 days, to and including November 18, 2005, to respond to the complaint. Defendant's response was due on October 21, 2005. Plaintiff's attorney has indicated that plaintiff consents to this motion, which is defendant's first request for an enlargement of time for this purpose.

This request is necessary because this case, which has been delegated to the United States Postal Service by the Department of Justice, was not assigned to the undersigned counsel until Friday, October 28, 2005. Prior to that date, it had been assigned within the Postal Service to Douglas J. Colton following the delegation of the case to the Postal Service on October 14, 2005. Mr. Colton, however, due to the demands of preparing for an out-of-town hearing in the Appeals of Nova Express, PSBCA Nos. 5091, 5207, 5213, 5267, was unable to seek an enlargement of time before the due date for the response. Since assuming responsibility for the case, the present counsel has discussed the case with the contracting officer, begun review of the contract file, and has conferred with opposing counsel about a possible resolution of this case without further judicial involvement. Counsel has begun preparing a response to the complaint and is confident

that, given the benefit of the requested enlargement of time, such a response will be submitted on or before November 18, 2005.

For the foregoing reason, therefore, defendant respectfully requests that the Court grant this unopposed out-of-time motion for an enlargement of time to respond to the complaint.

Respectfully Submitted,

Date: November 1, 2005

s/Michael Francis Kiely
Michael Francis Kiely
Attorney
Telephone: (202) 268-4037
Facsimile: (202) 268-5287
E-mail: Michael.F.Kiely@USPS.GOV