IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-913C |
| v. | ) | (Judge Wolski) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S ANSWER**

As its answer to the complaint, defendant admits, denies, and avers as follows:

Preliminary Statement

1. The allegations contained in the first sentence of the first unnumbered paragraph of the complaint immediately following the title "Preliminary Statement" constitute plaintiff's description of its complaint, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

2. Admits the allegations contained in the second sentence of the first unnumbered paragraph of the complaint immediately following the title "Preliminary Statement."

3. The allegations contained in the third sentence of the first unnumbered paragraph of the complaint immediately following the title "Preliminary Statement" constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

4. The allegations contained in the second unnumbered paragraph of the complaint immediately following the title "Preliminary Statement" constitute plaintiff's description of its complaint, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

5. The allegations contained in the third unnumbered paragraph of the complaint immediately following the title "Preliminary Statement" constitute plaintiff's description of its complaint, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

Jurisdiction

6. The allegations contained in paragraph 1 constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

7. The allegations contained in paragraph 2 constitute plaintiff's description of its complaint, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

Parties and Interested Persons

8. Denies the allegations contained in paragraph 3 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

9. Admits the allegations contained in paragraph 4 that the United States Postal Service is an agency of the United States of America and receives appropriated funds from the United States. The remaining allegations contained in paragraph 4 constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

10. Admits the allegations contained in the first two sentences of paragraph 5. Admits the allegations contained in the third sentence of paragraph 5 to the extent supported by the document referenced, which is the best evidence of its contents; otherwise the allegations contained in the third sentence of paragraph 5 are denied.

11. Admits the allegations contained in paragraph 6 that plaintiff purchased the property on or about December 2001. The allegations contained in paragraph 6 that "the rights and obligations of Mr. and Mrs. Sulak under the Lease were assigned to Mr. Sims" constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied. Denies the remaining allegations in paragraph 6.

The Lease Agreement

12. Denies the allegations contained in paragraph 7.

13. The allegations contained in paragraph 8 constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

14. Admits the allegations contained in paragraph 9.

15. Admits the allegations contained in the first sentence of paragraph 10. Denies the allegations contained in the second sentence of paragraph 10. Admits the allegations contained in the third sentence of paragraph 10 to the extent supported by the document referenced, which is the best evidence of its contents; otherwise the allegations contained in the third sentence of paragraph 10 are denied.

16. Denies the allegations contained in paragraph 11.

COUNT ONE
(Claim Due Upon Breach of Contract)

17. Defendant incorporates by reference its responses to paragraphs 1 through 11 of the complaint.

18. Admits the allegation contained in paragraph 13.

19. The allegations contained in paragraph 14 constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

The Claim

20. The allegations contained in paragraph 15 constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

21. The allegations contained in paragraph 16 constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

COUNT TWO
(Declaratory Judgment)

22. Defendant incorporates by reference its responses to paragraphs 1 through 11 and paragraphs 13 through 16 of the complaint.

23. Admits the allegations contained in paragraph 18 to the extent supported by the document referenced, which is the best evidence of its contents; otherwise the allegations contained in paragraph 18 are denied.

24. Admits the allegations contained in paragraph 19 to the extent supported by the document referenced, which is the best evidence of its contents; otherwise the allegations contained in paragraph 19 are denied.

25. Admits the allegation contained in paragraph 20 that the Postal Service, at a certain time in the past, decided to instal air conditioners on the roof of the property and had such work carried out. Defendant, however, avers that this work occurred in or about 1982. Otherwise denies the allegations contained in paragraph 20.

26. Denies the allegations contained in paragraph 21.

27. Admits the allegation contained in paragraph 22 that the Postal Service, in or prior to 2004, determined that the roof of the property needed to be repaired and had that work carried out without the consent or agreement of the plaintiff. Otherwise denies the allegations contained

in paragraph 22.

28. Denies the allegations contained in paragraph 23.

29. Admits the allegations contained in paragraph 24 to the extent supported by the letter referenced, which is the best evidence of its contents; otherwise the allegations contained in paragraph 24 are denied.

30. Admits the allegations contained in paragraph 25 to the extent supported by the letter referenced, which is the best evidence of its contents; otherwise the allegations contained in paragraph 25 are denied.

31. Admits the allegations contained in paragraph 26.

32. The allegations contained in paragraph 27 constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

33. The allegations contained in paragraph 28 constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

34. The allegations contained in paragraph 29 constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

35. The allegations contained in paragraph 30 constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

<u>Propriety of Declaration</u>

36. The allegations contained in paragraph 31 constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

37. The allegations contained in paragraph 32 constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

38. The allegations contained in paragraph 33 constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

The Claim

39. The allegations contained in paragraph 34 constitute plaintiff's description of its claim, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

Request for Relief on the Complaint

40. Denies that plaintiff is entitled to the relief set forth in the six numbered paragraphs immediately following the heading "Request for Relief on the Complaint" that appears immediately following paragraph 34 of the complaint, or to any relief whatsoever.

41. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that plaintiff's complaint be dismissed, and grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

/s/ Michael Francis Kiely
MICHAEL FRANCIS KIELY
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6523
Washington, D.C. 20260-1127
(202) 268-4037

Date: November 7, 2005