ORIGINAL

# In the United States Court of Federal Claims

No. 05-913C
(Filed November 7, 2005)

FILED
NOV 7 2005
U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * *
EDWARD SIMS,
Plaintiff,

v.

THE UNITED STATES,
Defendant.
* * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has received defendant's unopposed out-of-time motion for an enlargement of time of twenty-eight days in which to respond to the complaint. The Court hereby **GRANTS** the motion. Defendant shall file its response on or by November 18, 2005.

**IT IS SO ORDERED.**

VICTOR J. WOLSKI
Judge