**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EDWARD SIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-913C** |
| **v.** | ) | **(Judge Wolski)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT THE PARTIES' JOINT PRELIMINARY STATUS REPORT**

Pursuant to United States Court of Federal Claims Rules 6 and 6.1, defendant respectfully requests an enlargement of time of 14 days, to and including January 13, 2006, for the parties to submit their joint preliminary status report. The report is presently due on December 29, 2005. Plaintiff's attorney has indicated that plaintiff consents to this motion, which is defendant's first request for an enlargement of time for this purpose.

This request is necessary because defendant's counsel will be on annual leave from December 23, 2005, through January 3, 2006, and, therefore, it will be difficult for the parties to coordinate preparation and submission of the report by December 29, 2005. The parties are cooperating in the preparation of the report and expect that it will be ready for filing on or before January 13, 2006.

Respectfully Submitted,

Date: December 23, 2005

s/Michael Francis Kiely

Michael Francis Kiely
Attorney
Telephone: (202) 268-4037
Facsimile: (202) 268-5287
E-mail Michael.F.Kiely@USPS.GOV