# In the United States Court of Federal Claims

No. 05-913C
(Filed January 3, 2006)

* * * * * * * * * * * * * * * * * * * * *
*
**EDWARD SIMS**, *
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received defendant's unopposed motion for an enlargement of time of fourteen days for the parties to file their joint preliminary status report. The Court hereby **GRANTS** the motion. The parties shall file their joint preliminary status report on or by January 13, 2006.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge