# In the United States Court of Federal Claims

No. 05-913C
(Filed February 7, 2006)

* * * * * * * * * * * * * * * * * * * * * *
*
**EDWARD SIMS**, *
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

The Court has received and reviewed the parties' joint preliminary status report and adopts the parties' proposed schedule as follows:

1. Fact Discovery. The parties shall conclude fact discovery on or by June 30, 2006.

2. Expert Discovery. The parties shall conclude expert discovery on or by July 31, 2006.

3. Joint Status Report. The parties shall file a joint status report on or by August 4, 2006, informing the court whether they will file dispositive motions, or proposing a schedule for trial if they will not file dispositive motions.

4. Dispositive Motions. The parties shall file any dispositive motions on or by August 31, 2006.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge