# In the United States Court of Federal Claims

No. 05-913C
(Filed July 11, 2006)

* * * * * * * * * * * * * * * * * * * * *
*
**EDWARD SIMS**, *
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

The Court has received and reviewed the defendant's unopposed motion for an amendment to the scheduling order. The motion is hereby **GRANTED**. The new schedule is as follows:

1. Fact Discovery. The parties shall conclude fact discovery on or by **October 31, 2006**.

2. Expert Discovery. The parties shall conclude expert discovery on or by **November 30, 2006**.

3. Joint Status Report. The parties shall file a joint status report on or by **December 4, 2006**, informing the court whether they will file dispositive motions, or proposing a schedule for trial if they will not file dispositive motions.

4. Dispositive Motions. The parties shall file any dispositive motions on or by **December 31, 2006**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge