**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EDWARD SIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-913C** |
| **v.** | ) | **(Judge Wolski)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN AMENDMENT TO THE SCHEDULING ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests an amendment to the Court's scheduling order, dated July 11, 2006. In that order, the Court set several deadlines, namely, that fact discovery would close by October 31, 2006, that expert discovery would close by November 30, 2006, that a joint status report would be due on December 4, 2006, and that dispositive motions would be due by December 31, 2006. Defendant is respectfully requesting an amendment of these deadlines as follows: fact discovery will close on January 31, 2007; expert discovery will close on February 28, 2007; a joint status report will be due on March 5, 2007; and dispositive motions will be due by March 30, 2007. Plaintiff supports this motion, which is defendant's second request for an enlargement of time for this purpose. Previously the Court granted an unopposed request by defendant for an enlargement of time of 90 days for the deadlines described above.

This request is necessary in order to allow the parties to conduct additional discovery. The parties have participated in conducting informal document discovery, but they have not been able to complete this process. This has been due to the time demands placed upon defendant's counsel during August, September, and October 2006 to negotiate a settlement in Evergreen Aviation Ground Logistics Enterprises, Inc. v. United States, Fed. Cl. No. 06-11C and two

related administrative claims, and to participate in settlement negotiations in Government Telecommunications, Inc. v. United States, Fed. Cl. Nos. 05-463C, 05-491C, 05-547C, 05-492C, 05-966C, and Appeal of L.P. Fleming, Jr., Inc., PSBCA Nos. 5217, 5342. In addition, the amount of time available to plaintiff's counsel to conduct discovery has recently been greatly curtailed due to the illness of a family member. Defendant expects that, with the benefit of the proposed amendment to the scheduling order, fact discovery will be completed on or before January 31, 2007.

Therefore, defendant believes that it has demonstrated good cause why this motion for an amendment to the scheduling order should be granted.

Respectfully submitted,

s/ Michael Francis Kiely
MICHAEL FRANCIS KIELY
Commercial and Appellate Litigation
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6327
Washington, D.C. 20260-1127
(202) 268-4037

October 31, 2006