**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EDWARD SIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-913C** |
| **v.** | ) | **(Judge Wolski)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN AMENDMENT TO THE SCHEDULING ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, on behalf of the parties, respectfully requests an amendment to the Court's scheduling order, dated November 1, 2006. In that order, the Court set several deadlines, namely, that fact discovery would close by January 31, 2007, that expert discovery would close by February 28, 2007, that a joint status report would be due on March 5, 2007, and that dispositive motions would be due by March 30, 2007. Defendant is respectfully requesting an amendment of these deadlines as follows: fact discovery will close on April 30, 2007; expert discovery will close on May 31, 2007; a joint status report will be due on June 5, 2007; and dispositive motions will be due by June 30, 2007. Plaintiff supports this motion, which is defendant's third request for an enlargement of time for this purpose. Previously the Court granted an unopposed request by defendant for an enlargement of time of 182 days for the deadlines described above.

This request is necessary in order to allow the parties to conduct additional discovery. As previously reported, the parties have participated in conducting informal document discovery, but they have not been able to complete this process. This has been chiefly due to the fact that the amount of time available to plaintiff's counsel to conduct discovery, especially discovery involving out-of-town travel, has continued to be greatly curtailed due to the illness of a member

of his immediate family. Defendant and plaintiff have conferred on a schedule to complete discovery and anticipate that, with the benefit of the proposed amendment to the scheduling order, the remaining fact discovery will be completed on or before April 30, 2007, and expert discovery will be completed on or before May 31, 2007.

Therefore, defendant believes that it has demonstrated good cause why this motion for an amendment to the scheduling order should be granted.

Respectfully submitted,

s/ Michael Francis Kiely
MICHAEL FRANCIS KIELY
Commercial and Appellate Litigation
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6327
Washington, D.C. 20260-1127
(202) 268-4037

February 5, 2007