**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EDWARD SIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-913C** |
| **v.** | ) | **(Judge Wolski)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's order, dated March 29, 2007, defendant is respectfully submitting this status report. By this report defendant is respectfully asking the Court to convene a telephonic status conference in this case at the Court's earliest convenience. Since early February 2007, defendant's counsel has been unable to contact plaintiff's counsel, William M. Palmer. Defendant's counsel on several occasions since February 2007 has attempted to place calls to the telephone number for Mr. Palmer that is listed on the docket for this case, *i.e.*, (617) 576-5772, but on each occasion counsel has received a busy signal, even for calls placed at non-business hours, such as on weekend evenings. Likewise, counsel's e-mail messages to Mr. Palmer sent to the e-mail address for Mr. Palmer that is listed on the docket for this case, *i.e.*, wmpalmer@trial-counsel.us, including a notice of deposition in early April 2007, have gone unanswered. Similarly, counsel's attempts to contact Mr. Palmer by the fax number listed on the docket for this case, *i.e.*, (617) 547-1431, have been unsuccessful. Moreover, documents that counsel sent in 2006 to Mr. Palmer's street address that is listed on the docket for this case, *i.e.*, 124 Mt. Auburn Street Suite 200 N, Cambridge, Massachusetts 02138, were recently returned to counsel marked "UNDELIVERABLE." Consequently, counsel has been unable of late to

schedule any proceedings that might result in a resolution of this case.

Counsel is aware that a member of Mr. Palmer's immediate family was seriously ill in late 2006 and early 2007, and counsel wishes to be sympathetic to this situation. However, lately counsel has been unable even to contact Mr. Palmer in an effort to continue proceedings and work around Mr. Palmer's familial obligations.

Accordingly, defendant's counsel respectfully asks the Court to schedule a telephonic status conference with both parties in the near future to determine whether plaintiff intends to prosecute this case and, if so, to re-establish lines of communication for the parties.

Respectfully submitted,

s/ Michael Francis Kiely
Michael Francis Kiely
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6327
Washington, D.C. 20260-1127
(202) 268-4037

June 5, 2007