IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-913C |
| v. | ) | (Judge Wolski) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S AMENDED STATUS REPORT AND DEFENDANT'S UNOPPOSED MOTION FOR AN AMENDMENT TO THE SCHEDULING ORDER

Pursuant to the Court's order, dated March 29, 2007, defendant, on behalf of the parties, is respectfully submitting an amended version of its status report, dated June 5, 2007, and, pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, again on behalf of the parties, is respectfully requesting an amendment to the Court's scheduling order, as contained in the Court's order, dated March 29, 2007.

In its status report of June 5, 2007, defendant advised the Court that it had experienced difficulty in contacting plaintiff's counsel and, therefore, sought a status conference to resolve this situation. However, subsequent to that report and prior to the Court's clerk contacting defendant's counsel on Wednesday, June 13, 2007, plaintiff's counsel, Mr. Palmer, contacted defendant several times. Mr. Palmer advised defendant of his new contact information,[1] advised defendant that the personal difficulties that he had been experiencing with regard to the health of a family member had recently been alleviated, and discussed seeking a revised scheduling order

[1] Although plaintiff's counsel advised defendant that he would shortly be filing a notice of change of address with the Court, defendant is provisionally providing this information to the Court for its benefit. Mr. Palmer's new address is William M. Palmer, Esq. & Associates, Two Harris Avenue, Boston, MA 02130-2848; his new telephone number is (857) 719-6453; his new fax number is (617) 209-1152; and his new e-mail address is palmeresq@gmail.com.

from the Court to complete discovery. Therefore, defendant, now satisfied that it has viable channels of communication with plaintiff, respectfully withdraws its request for a status conference.

At this same time, defendant, on behalf of the parties, is respectfully requesting an amendment to the Court's scheduling order, dated March 29, 2007. In that order, the Court set several deadlines, namely, that fact discovery would close by April 30, 2007, that expert discovery would close by May 31, 2007, that a joint status report was due on June 5, 2007, and that dispositive motions were due by June 30, 2007. Defendant is respectfully requesting an amendment of these deadlines as follows: fact discovery will close on October 1, 2007; expert discovery will close on November 9, 2007; a joint status report will be due on November 16, 2007; and dispositive motions will be due by December 31, 2007. Plaintiff supports this motion, which is defendant's fourth request for an enlargement of time for this purpose. Previously, the Court had enlarged the time for the above actions by 271 days.

This request is necessary in order to allow the parties to conduct additional discovery that may narrow the scope of the dispute and possibly lead to a resolution of this case without further judicial intervention. The parties have conducted some voluntary discovery, but due to the personal concerns of plaintiff's counsel, the conflicting schedules of counsel and the widely dispersed locations of the parties, the parties have not been able to engage in more substantive formal discovery. The parties expect that, with the benefit of the proposed amendment to the scheduling order, fact discovery will be completed on or before October 1, 2007.

Therefore, defendant believes that it has demonstrated good cause why this motion for an amendment to the scheduling order should be granted.

Respectfully submitted,

s/ Michael Francis Kiely
MICHAEL FRANCIS KIELY
Commercial and Appellate Litigation
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6327
Washington, D.C. 20260-1127
(202) 268-4037

June 14, 2007