# In the United States Court of Federal Claims

No. 05-913C
(Filed June 21, 2007)

* * * * * * * * * * * * * * * * * * * * *
**EDWARD SIMS**,

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

The Court has received and reviewed defendant's amended status report and unopposed motion for an amendment to the scheduling order. Defendant's request for a status conference is withdrawn and its motion to amend the schedule is **GRANTED**. The new schedule is as follows:

1. Fact Discovery. The parties shall conclude fact discovery on or by **October 1, 2007**.

2. Expert Discovery. The parties shall conclude expert discovery on or by **November 9, 2007**.

3. Joint Status Report. The parties shall file a joint status report on or by **November 16, 2007**, informing the Court whether they will file dispositive motions or proposing a schedule for trial if they will not file dispositive motions.

4. Dispositive Motions. The parties shall file any dispositive motions on or by **December 31, 2007**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge