# COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **EDWARD SIMS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CASE NO. 1:05-CV-00913-VJW** |
| **UNITED STATES POSTAL SERVICE** | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF CHANGE OF PLAINTIFF'S COUNSEL'S ADDRESS

William M. Palmer, Esq., counsel for Mr. Sims, hereby provides notice that his address and contact information are now as follows:

William M. Palmer, Esq.

Two Harris Avenue

Boston, MA 02130

Telephone.: 857.719.6453

Fax: 617.209.1152

Email: palmeresq@gmail.com

Respectfully submitted,

By:

________________________

William M. Palmer, Esq.
Two Harris Ave.
Boston, MA 0210
Tel.: 857.179.6453

Dated: July 10, 2007

Attorney for Edward Sims