# In the United States Court of Federal Claims

No. 05-913C
(Filed July 12, 2007)

* * * * * * * * * * * * * * * * * * * * * *
*
**EDWARD SIMS**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received plaintiff's notice of change of counsel's address. The Court points out that this document is not technically "signed" by the attorney of record, as our rules require. For the future, plaintiff's counsel is reminded to conform to the formality in electronically-filed cases of signing each filing with "s/" followed by counsel's name. The Clerk is directed to **FILE** the change of address notice, notwithstanding this defect.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge