**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EDWARD SIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-913C** |
| **v.** | ) | **(Judge Wolski)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**AN AMENDMENT TO THE SCHEDULING ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, on behalf of the parties, is respectfully requesting an amendment to the Court's scheduling order, as contained in the Court's order, dated June 21, 2007. In that order, the Court set several deadlines, *i.e.*, that fact discovery would close by October 1, 2007, that expert discovery would close by November 9, 2007, that a joint status report was due on November 16, 2007, and that dispositive motions were due by December 31, 2007. Defendant is respectfully requesting an amendment of these deadlines as follows: fact discovery will close on December 1, 2007; expert discovery will close on January 31, 2008; a joint status report will be due on February 15, 2008; and dispositive motions will be due by March 3, 2008. Plaintiff supports this motion, which is defendant's fifth request for an enlargement of time for this purpose. Previously, the Court had enlarged the time for the above actions by 424 days.

This request is necessary in order to allow the parties to conduct additional discovery that may narrow the scope of the dispute and possibly lead to a resolution of this case without further judicial intervention. In the last few months the parties have conducted depositions of key witnesses in Colorado and Massachusetts, and have participated in document production. As a result of this discovery, it has become apparent to the parties that additional witnesses need to be

located and deposed. The parties are currently in the process of doing this. Furthermore, it is apparent from the discovery already conducted that some issues in the case may depend upon documentary evidence that dates back more than 45 years. The parties shall need additional time to make certain that the various files pertaining to this case have been throughly examined and copied for relevant information. The parties expect that, with the benefit of the proposed amendment to the scheduling order, fact discovery will be completed on or before December 1, 2007.

Therefore, defendant believes that it has demonstrated good cause why this motion for an amendment to the scheduling order should be granted.

Respectfully submitted,

s/ Michael Francis Kiely
MICHAEL FRANCIS KIELY
Commercial and Appellate Litigation
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6327
Washington, D.C. 20260-1127
(202) 268-4037

September 18, 2007