IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **EDWARD SIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-913C** |
| **v.** | ) | **(Judge Wolski)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN AMENDMENT TO THE SCHEDULING ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, on behalf of the parties, is respectfully requesting an amendment to the Court's scheduling order, as contained in the Court's order, dated September 20, 2007. In that order, the Court set several deadlines, *i.e.*, that fact discovery would close by December 1, 2007, that expert discovery would close by January 31, 2008, that a joint status report was due on February 15, 2008, and that dispositive motions were due by March 3, 2008. Defendant is respectfully requesting an amendment of these deadlines as follows: fact discovery will close on March 31, 2008; expert discovery will close on April 30, 2008; a joint status report will be due on May 15, 2008; and dispositive motions will be due by May 31, 2008. Plaintiff supports this motion, which is defendant's sixth request for an enlargement of time for this purpose. Previously, the Court had enlarged the time for the above actions by 484 days.

This request is necessary in order to allow the parties to finish conducting discovery. The parties were able to take some deposition testimony in late 2007, but they have more fact discovery still to conduct, consisting of two Rule 30(b)(6) depositions of defendant and plaintiff's responses to defendant's written discovery. In addition, the amount of time available to plaintiff's counsel to conduct discovery unfortunately recently has been curtailed again due to

the illness of a member of his immediate family. The parties expect that, with the benefit of the proposed amendment to the scheduling order, fact discovery will be completed on or before March 31, 2008.

Therefore, defendant believes that it has demonstrated good cause why this motion for an amendment to the scheduling order should be granted.

Respectfully submitted,

s/ Michael Francis Kiely
MICHAEL FRANCIS KIELY
Commercial and Appellate Litigation
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6327
Washington, D.C. 20260-1127
(202) 268-4037

January 31, 2008