# In the United States Court of Federal Claims

No. 05-913C
(Filed February 1, 2008)

* * * * * * * * * * * * * * * * * * * * * *
*
**EDWARD SIMS**, *
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

The Court has reviewed defendant's unopposed motion for an amendment to the scheduling order. The motion is hereby **GRANTED**. The new schedule follows:

1. Fact Discovery. The parties shall conclude fact discovery on or by March 31, 2008.

2. Expert Discovery. The parties shall conclude expert discovery on or by April 30, 2008.

3. Joint Status Report. The parties shall file a joint status report on or by May 15, 2008: informing the Court whether they will file dispositive motions, or proposing a schedule for trial.

4. Dispositive Motions. The parties shall file any dispositive motions on or by June 2, 2008.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge