**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EDWARD SIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-913C** |
| **v.** | ) | **(Judge Wolski)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**AN AMENDMENT TO THE SCHEDULING ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, on behalf of the parties, is respectfully requesting an amendment to the Court's scheduling order, as contained in the Court's order, dated February 1, 2008. In that order, the Court set several deadlines, *i.e.*, that fact discovery would close by March 31, 2008, that expert discovery would close by April 30, 2008, that a joint status report was due on May 15, 2008, and that dispositive motions were due by June 2, 2008. Defendant is respectfully requesting an amendment of these deadlines as follows: fact discovery and expert discovery will close on June 20, 2008; a joint status report will be due on July 7, 2008; and dispositive motions will be due by July 31, 2008. Plaintiff supports this motion, which is defendant's seventh request for an enlargement of time for this purpose. Previously, the Court had enlarged the time for the above actions by 574 days.

This request is necessary in order to allow the parties to finish conducting discovery. The parties were able to conduct some discovery during February 2008, within the previous enlargement, but were unable to complete discovery due to a lingering illness suffered by plaintiff's counsel, a sole practitioner, through most of March 2008. The remaining discovery consists of plaintiff's responses to defendant's written discovery and expert witness depositions.

The parties expect that, with the benefit of the proposed amendment to the scheduling order, all discovery will be completed on or before July 20, 2008.

Therefore, defendant believes that it has demonstrated good cause why this motion for an amendment to the scheduling order should be granted.

Respectfully submitted,

s/ Michael Francis Kiely
MICHAEL FRANCIS KIELY
Commercial and Appellate Litigation
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6327
Washington, D.C. 20260-1127
(202) 268-4037

May 14, 2008