# In the United States Court of Federal Claims

No. 05-913C
(Filed May 16, 2008)

* * * * * * * * * * * * * * * * * * * * * *
*
**EDWARD SIMS,** *
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

The Court has reviewed defendant's unopposed motion for an amendment to the scheduling order. The motion is hereby **GRANTED**. The new schedule follows:

1. Fact Discovery. The parties shall conclude fact discovery on or by June 20, 2008.

2. Expert Discovery. The parties shall conclude expert discovery on or by June 20, 2008.

3. Joint Status Report. The parties shall file a joint status report on or by July 7, 2008: informing the Court whether they will file dispositive motions, or proposing a schedule for trial.

4. Dispositive Motions. The parties shall file any dispositive motions on or by July 31, 2008.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge