**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EDWARD SIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-913C** |
| **v.** | ) | **(Judge Wolski)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's order, dated May 16, 2008, defendant is filing this status report on behalf of the parties. The parties have substantially completed discovery. There still remain, however, two discrete items of discovery to be completed, namely, the submission of plaintiff's responses to defendant's written discovery and plaintiff's deposition of defendant's expert witness. The latter has proved somewhat difficult to schedule due to the far-flung locations of the parties involved, *i.e.*, plaintiff's counsel is in Boston, Massachusetts; defendant's counsel is in Washington, D.C.; and defendant's expert is in Seattle, Washington. The parties, however, have made mutually acceptable arrangements to conclude these matters shortly and, therefore, the parties do not request any further amendments to the scheduling order other than to request the filing of a joint status report on August 15, 2008, in the event that no dispositive motions are filed by the due date of July 31, 2008.

Defendant's counsel has reviewed this report with plaintiff's counsel and he consents to the contents of this report.

Respectfully submitted,

s/ Michael Francis Kiely
MICHAEL FRANCIS KIELY
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Washington, D.C. 20260-1127
(202) 268-4037

July 7, 2008