# In the United States Court of Federal Claims

No. 05-913C
(Filed July 8, 2008)

* * * * * * * * * * * * * * * * * * * * * *
*
**EDWARD SIMS**, *
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed defendant's status report submitted on behalf of the parties. As discussed in the May 16, 2008 Scheduling Order, the parties shall file any dispositive motions with the Court on or by **July 31, 2008**. Should the parties file no dispositive motions, they shall submit a joint status report on or by **August 15, 2008**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge