**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EDWARD SIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-913C** |
| **v.** | ) | **(Judge Wolski)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME TO SUBMIT THE PARTIES' JOINT STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests an enlargement of time of 14 days, to and including Friday, August 29, 2008, for the parties to submit their joint status report. That status report, pursuant to the Court's scheduling order, dated July 8, 2008, is due today, August 15, 2008. Plaintiff does not oppose this motion, which is defendant's first request for an enlargement of time for this purpose.

This request is necessary in order to allow the parties more time to confer regarding future proceedings in this case. The parties were unable to do so recently because defendant's counsel was outside the country for a family event from August 3, 2008, through August 10, 2008, and, upon return, immediately had to travel to Dallas, Texas, from August 11, 2008, through August 14, 2008, to work on responding to plaintiff's discovery requests in a district court case, *Spodek v. United States Postal Service*, 3:307-CV-1888-BF-D (N.D. TX). Due to this schedule, the parties were not able to confer in time to prepare the joint status report. In addition, the parties need an enlargement of time to and including August 29, 2008, because defendant's counsel will be on annual leave the week of August 18-22, 2008, and will not be available to work on the parties' joint status report. The parties anticipate that, given the benefit of the enlargement sought in this motion, they will be able to confer and prepare an informative joint

status report for the Court on or before August 29, 2008.

Therefore, for the foregoing reasons defendant respectfully requests an enlargement of time to file the parties' joint status report.

Respectfully submitted,

s/ Michael Francis Kiely
MICHAEL FRANCIS KIELY
Commercial and Appellate Litigation
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6327
Washington, D.C. 20260-1127
(202) 268-4037

August 15, 2008