# In the United States Court of Federal Claims

No. 05-913C
(Filed August 18, 2008)

* * * * * * * * * * * * * * * * * * * * *
*
**EDWARD SIMS**, *
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed defendant's unopposed motion for an enlargement of time to submit the parties' joint status report, which was due on August 15, 2008. The motion is **GRANTED.** The joint status report is now due on or by **August 29, 2008.**

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge