**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EDWARD SIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-913C** |
| **v.** | ) | **(Judge Wolski)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's order, dated August 18, 2008, defendant is filing this status report on behalf of the parties. The parties have completed discovery. Prior to progressing further with litigation, however, the parties think it worthwhile to explore the possibility of a settlement. They have committed to do so within the next two weeks. Therefore, the parties respectfully request permission to file another joint status report on or before Monday, September 22, 2008, to advise the Court regarding further proceedings in this case. Defendant's counsel has reviewed this report with plaintiff's counsel, and he consents to the contents of this report.

Respectfully submitted,

s/ Michael Francis Kiely
MICHAEL FRANCIS KIELY
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Washington, D.C. 20260-1127
(202) 268-4037

August 29, 2008