# In the United States Court of Federal Claims

No. 05-913C
(Filed September 2, 2008)

* * * * * * * * * * * * * * * * * * * * * *
*
**EDWARD SIMS**, *
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed defendant's status report of August 29, 2008. The report includes an unopposed motion to file a joint status report advising the Court on further proceedings in this case, as the parties are exploring the possibility of settlement. The motion is **GRANTED.** The joint status report is due on or by **September 22, 2008.**

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge